**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
v.                                                          CASE NO. 3:20-cr-00086-TJC-JBT
JAMES PORTER

Counsel for Government:                  Counsel for Defendant:
Andrew Tysen Duva                        Albert Joseph Tasker, IV
Gary A. Winters                          Seth Schwartz
James V. Hayes

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Aileen Manrique    Court Reporter: Shannon Bishop
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING HEARING – DAY 1**

Court in session and counsel identified for the record.

The court heard argument on the Government's 5k Motion (Doc. 1069)

The court heard statements made from the defendant's family and friends.

Pronouncement of Sentencing continued to Friday December 15, 2023 at 10:00 a.m. before the undersigned in Courtroom 10D.

Date: December 13, 2023                    Time: 2:01 p.m. – 4:02 p.m.
                                           (Total Time: 2 Hours 1 Minute)