## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:20-cr-00086-TJC-JBT

JORGE PEREZ

Counsel for Government:                   Counsel for Defendant:
Andrew Tysen Duva                          Donald Franklin Samuel
Gary A. Winters
James V. Hayes

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Aileen Manrique    Court Reporter: Shannon Bishop
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING HEARING – DAY 3**

Defendant adjudged guilty on **Count One, Two, Three, Four, Five, Six, and Eight (1,2,3,4,5,6,8) of the Superseding Indictment.**

Imprisonment: **ONE HUNDRED (100) MONTHS as to each count, to run concurrently for a total sentence term of one hundred (100) months.**

The court makes the following recommendations to the Bureau of Prisons:

- Incarceration at FCC Butner
- An incarceration facility with the Lowest Security designation available.
- An incarceration facility nearest a hospital that can treat and attend the needs of the defendant's ongoing medical condition.

Supervised Release: **THREE (3) YEARS as to each count, to run concurrently for a total sentence term of three (3) years.**

Special conditions of supervised release:
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall be prohibited from incurring new credit charges,

opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

- Defendant shall cooperate in the collection of DNA.
- Defendant shall cooperate in random drug testing as directed by the probation officer. Mandatory drug testing is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

Restitution: to be deferred and determined.

Forfeiture: to be deferred and determined

Special Assessment: **$700.00** to be paid immediately.

Counts **Eleven, Thirteen, Fourteen, Seventeen, Nineteen, Twenty, and Twenty-One of the Superseding Indictment, as well as the underlying indictment** are dismissed on the Government's Motion.

Defendants advised of right to appeal and to counsel on appeal.

Defendant is ordered to voluntarily surrender to the designated institution indicated by the Bureau of Prisons and by the Marshals; date to be determined.

Defendant's previously imposed conditions of release remain in full force and effect.

The entering of the final Judgment is pending resolution of forfeiture matters.

Date: December 15, 2023                    Time: 10:06 a.m. – 10:39 a.m.
                                                            (Total Time: 33 Minutes)