UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ
RICARDO PEREZ

## JOINT STATUS REPORT

Pursuant to the Court's Order following the February 14, 2024, telephonic status conference (Doc. 1123), the parties hereby submit this joint status report on forfeiture and restitution issues.

**A.  Issues on Which The Parties Agree**

1. The amount of the forfeiture money judgment can consist only of fraud proceeds that satisfy the following conditions:

   a. Funds that were transmitted in the first instance by the three insurance companies (BCBS, UHC, and Aetna) to Campbellton-Graceville Hospital ("CGH") and Putnam County Memorial Hospital ("Putnam"); and

   b. funds that were subsequently transmitted from the hospitals to bank accounts held by entities over which Jorge and Ricardo Perez had control, namely, Empower HIS LLC and Empower Investment Group LLC (collectively, the "Empower Entities").

2. For any real properties to be subject to forfeiture as a result of having been purchased with fraud proceeds, those proceeds also must have been transmitted in the first instance by the three insurance companies to CGH or Putnam, and subsequently used to purchase such real properties.

3. Exhibit K admitted at the sentencing hearing (Doc. 1090-9) summarizes transfers from CGH, Putnam, and other entities to the Empower Entities. In accordance with points 1 and 2 above, the only transfers shown on Exhibit K that can be considered for purposes of forfeiture are the following:

   a. Transfers from CGH to Empower HIS LLC;

   b. transfers from Hospital Laboratory Partners to Empower HIS LLC (because funds received by Hospital Laboratory Partners derived from Putnam);

   c. transfers from Putnam to Empower HIS LLC;

   d. transfers from Hospital Laboratory Partners to Empower Investment Group LLC; and

   e. transfers from Putnam to Empower Investment Group, LLC.

4. The amount of restitution owed is based on the actual losses to victims. The losses to victims that can be reasonably calculated consist of the following:

   a. Amounts paid for definitive urine drug testing by the three insurance companies (BCBS, UHC, and Aetna) to CGH and Putnam for testing not performed at the hospital; and

    b. Losses incurred by Putnam, as outlined in the letter from Putnam's counsel transmitted to the Court on November 20, 2023.

5. The amount described in 4.a is conceptually related to the loss for purposes of U.S.S.G. § 2B1.1(b)(1), in that the loss reflects the amount paid by the insurers rather than the amounts the defendants billed.

**B.** **Issues on Which The Parties Disagree**

1. The parties do not agree on the amount of funds that constitute "fraud proceeds" as described in A.1 and A.2. Accordingly, the parties do not agree on the amount of fraud proceeds that flowed from the three insurers to CGH and Putnam, and then to the Empower Entities as shown on Exhibit K. Nor do the parties agree on the amount of the forfeiture money judgment or that any real properties were purchased with fraud proceeds.

2. The parties do not agree on the actual amounts paid for definitive urine drug testing by the three insurance companies (BCBS, UHC, and Aetna) to CGH and Putnam for testing not performed at the hospital, and therefore do not agree on the amount of restitution owed.

Respectfully submitted,

ROGER HANDBERG
United States Attorney

By: */s/ Jennifer Harrington*
JENNIFER HARRINGTON
Florida Bar No. 0117748
TYSEN DUVA
Florida Bar No. 0603511
Assistant United States Attorneys
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile:  (904) 301-6310
E-mail:  Jennifer.Harrington2@us.af.mil

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION

By: */s/ Gary A. Winters*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
GARY A. WINTERS (FL Bar # A5501852)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov

*Attorneys for the United States*

GARLAND, SAMUEL & LOEB, P.C.

By: *Donald F. Samuel*
Donald F. Samuel
Georgia Bar No. 624475
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
Email: dfs@gsllaw.com

*Attorney for Jorge Perez*

MARNEY LAW LLC

By: *Ronald D. Marney II*
Ronald D. Marney II
Missouri Bar No. 47141
920 West 47th Street
Kansas City, Missouri 64112
(816) 221-6464
Email: marneyron2@gmail.com

*Attorney for Ricardo Perez*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 29, 2024, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

                                                */s/ Gary A. Winters*
                                                GARY A. WINTERS
                                                Trial Attorney
                                                Criminal Division, Fraud Section